CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
2/6/2020
JULIA C. DUDLEY, CLERK
BY: s/ J. Vasquez
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

**BILLIE JO SHEARER,**

    **Plaintiff,**

**v.**

**NEIL HARRIETHA,**

    **Defendant.**

**Civil Action No.:** 5:20-cv-00007

### NOTICE OF REMOVAL BY DEFENDANT

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Neil Harrietha ("Defendant") files this Notice of Removal of the above-entitled civil action, now pending in the Circuit Court for Augusta County, Virginia, bearing Case No.: CL19000293-00, to the United States District Court for the Western District of Virginia, Harrisonburg Division. In support of removal, Defendant states as follows:

    1.    Plaintiff commenced this civil action in the Circuit Court for Augusta County, Virginia, on February 4, 2019 under Case No.: CL19000293-00, against Defendant Neil Harrietha only (Ex. 1, Pl. Compl.). This action seeks compensatory damages against Defendant in the amount of one million dollars ($1,000,000.00) for his alleged negligence in causing a motor vehicle accident on June 12, 2015 (Ex. 1, Pl. Compl.).

    2.    Removal to this Honorable Court is proper as the Circuit Court for Augusta County, Virginia is located within the Western District of Virginia, Harrisonburg Division. 28 U.S.C. § 1441(a); Local Rule 2(a)(5).

    3.    Plaintiff is a citizen of and resides in Augusta County, Virginia (Ex. 1, Pl. Compl. ¶ 1).

4. Defendant is a natural person and citizen of Peterborough, Ontario, Canada (Ex. 1, Pl. Compl. ¶ 2, see also Ex. 2).

5. Removal of this action is proper under 28 U.S.C. § 1441(b), based on diversity of citizenship.

6. Plaintiff effectuated service of process on Defendant via the Department of Motor Vehicles for the Commonwealth of Virginia (Ex. 2, Service Documents).

7. The Affidavit of Compliance was filed with the Clerk of the Circuit Court for Augusta County on January 16, 2020 (Ex. 2, Service Documents).

8. This Notice of Removal is properly and timely filed pursuant to 28 U.S.C. § 1446(b), as it is filed in this Court within thirty (30) days after the Affidavit of Compliance regarding service was filed with the Clerk of the Circuit Court for Augusta County.

9. Defendant timely filed his Answer and Grounds of Defense with the Circuit Court for Augusta County on February 6, 2020 (Ex. 3, Defendant's Answer).

10. A copy of the Complaint is attached hereto as Exhibit 1 and copies of the service documents are attached hereto as Exhibit 2. Exhibits 1 and 2 represent all process, pleadings, and orders served upon Defendant in this action to date, as required to be attached hereto by 28 U.S.C. § 1446(a).

11. Further in compliance with 28 U.S.C. § 1446(b), there are no named Co-Defendants to this matter, therefore no consent is needed to complete the removal of this action.

12. For all the foregoing reasons, Defendant is therefore entitled to remove the action to this Court pursuant to pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

I FURTHER CERTIFY that I filed a Notice regarding this Notice of Removal with the Clerk of the Circuit Court for Augusta County, Virginia.

I FURTHER CERTIFY under penalty of law pursuant to Rule 11 of the Federal Rules of Civil

Procedure that the statements set forth in this instrument are true and correct.

I FURTHER CERTIFY that the Clerk of Court will cause a copy of the foregoing to be posted electronically through the ECF system and shall be available for viewing and downloading from the ECF system.

**WHEREFORE**, Defendant Neil Harrietha prays that this Court retain jurisdiction over this matter, and that this action proceed in this Court as an action properly removed thereto.

Dated:  February 6, 2020  **NEIL HARRIETHA**
　　　　　　　　　　　　　　　　　　　By Counsel

Respectfully submitted,

 */s/ Kathryn A. Grace*
Kathryn A. Grace
Virginia Bar Number 71213
Counsel for Defendant
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
8444 Westpark Drive - Suite 510
McLean, Virginia 22102
(703) 245-9300
(703) 245-9301 (fax)
Kathryn.Grace@wilsonelser.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of February 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and served a copy by first-class mail to:

>John B. Krall (VSB #28957)
>RITCHIE LAW FIRM, P.L.C.
>71 South Court Square
>Suite A
>Harrisonburg, VA 22801
>(540) 433-6124
>(540) 564-0001 (Facsimile)
>jkrall@ritchielawfirm.com
>*Counsel for Plaintiff*

>*/s/ Kathryn A. Grace*
>Kathryn A. Grace
>Virginia Bar Number 71213