CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
5/11/2020
JULIA C. DUDLEY, CLERK
BY: s/ J. Vasquez
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| **BILLIE JO SHEARER,**<br><br>  Plaintiff,<br><br>v.<br><br>**NEIL HARRIETHA,**<br><br>  Defendant. | Civil Action No.: 5:20-cv-00007-EKD |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Billie Jo Shearer hereby voluntarily dismisses this entire matter and all claims asserted therein **with prejudice**. It is further stipulated that the parties shall bear their own attorneys' fees and costs incurred in this action.

WHEREFORE it is hereby **ORDERED** that this matter, in its entirety, is **DISMISSED WITH PREJUDICE.**

SO ORDERED.

Entered: May 11, 2020.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge

WE REQUESTED THIS:

| | |
|---|---|
| */s/ Kathryn A. Grace* | */s/ John B. Krall* |
| Kathryn A. Grace (VSB #71213) | John B. Krall (VSB #28957) |
| WILSON, ELSER, MOSKOWITZ, | RITCHIE LAW FIRM, P.L.C. |
| EDELMAN & DICKER LLP | 71 South Court Square, Suite A |
| 8444 Westpark Drive - Suite 510 | Harrisonburg, VA 22801 |
| McLean, Virginia 22102 | (540) 433-6124 |
| (703) 245-9300 | (540) 564-0001 (Facsimile) |
| (703) 245-9301 (fax) | jkrall@ritchielawfirm.com |
| Kathryn.Grace@wilsonelser.com | *Counsel for Plaintiff* |
| *Counsel for Defendant Harrietha* | |